Case No. 04-14-00483-CV

| | | |
|---|---|---|
| ROWLAND J. MARTIN | ) | TEXAS COURT OF APPEALS |
| Appellant | ) | |
| | ) | |
| v. | ) | FOR THE FOURTH DISTRICT |
| | ) | |
| EDWARD BRAVENEC AND 1216 | ) | |
| WEST AVE. INC. | ) | |
| Appellees | ) | BEXAR COUNTY, TEXAS |

## APPELLANT'S NOTICE OF WITHDRAWAL OF MOTION FILED ON APRIL 23, 2015

Notice is hereby given that Appellant withdraws the motion for relief filed on April 23, 2015.

Consistent with the purpose of the motion, docket records reflect the filing of the intended amended reply

brief on April 7, 2015 within the filing period authorized by order of the Court on April 6, 2015. No

formal action by the Court is required at this juncture to effectuate the Texas Supreme Court's policy to

discourages affirmance of a judgment in any case solely because of briefing deficiencies, *Inpetco, Inc. v.*

*Texas Am. Bank*, 729 S.W.2d 300, 300 (Tex.1987) (per curiam).

Appellant has clarified the format of the citations to the record that appear in the intended

Amended Reply Brief. Consistent with Tex. R. Civ. P. 7, the 150th District Court on April 30, 2015

resolved the question of whether Appellant's pro se appearance issue in Case No. 2015-CI-04779 was

proper by denying the frivolous motion to disqualify that the Bexar County Tax Authorities filed in that

Court through private counsel. In the interest of judicial economy, Appellant respectfully defers to the

Court's sound discretion to manage access to the judicial process in accordance with the rule of law. *Ex*

*parte Shaffer*, 649 S.W. 2d 300 (Tex. 1983) (ruling reversing order of contempt in independent executor

case that "ordering a party to be represented by an attorney abridges that person's right to be heard by

himself"). *See, Order of the 150th District Court in Case No. 2015-CI-04779 dated April 30, 2015.*

Dated: April 23, 2015

Respectfully Submitted,

Rowland J. Martin
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

## CERTIFICATE OF SERVICE

I mailed a copy of Appellant's "Notice of Withdrawal Of Motion," on April 30, 2015, to Attorney Glenn Deadman, at 509 S. Main, San Antonio Texas.


_____

Rowland J. Martin

CASE NUMBER 2015-CI-04779

| ADMINISTRATOR FOR THE ESTATE OF KING, | § | IN THE DISTRICT COURT |
| Petitioner | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | 150th JUDICIAL DISTRICT |
| BEXAR COUNTY, CITY OF SAN | § | |
| ANTONIO AND SAN ANTONIO | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| Respondents | § | BEXAR COUNTY, TEXAS |

### ORDER DENYING RESPONDENTS' MOTION TO DISQUALIFYING ROWLAND J. MARTIN, JR., TO APPEAR PRO SE FOR THE ESTATE OF JOHNNIE MAE KING

Be it remembered that on the ___30___ day of April, 2015 came on to be heard Respondent's Motion to Disqualify Rowland J. Martin, Jr., To Appear Pro Se for the Estate of Johnnie Mae King. After considering the Motion and pleadings on file, as well as all of the evidence and arguments of counsel for Respondents and Petitioner, the Court finds that said Motion should be denied.

IT IS THEREFORE ORDERED that Respondents' Motion to Disqualify Rowland J. Martin, Jr., To Appear Pro Se for the Estate of Johnnie Mae King. Is hereby, in all things, denied.

SIGNED AND ENTERED this ___30___ day of April, 2015.

_Gloria Saldaña_
JUDGE PRESIDING